SAVITZ-DENBIGH COMPANY, A CORPORATION, RESPONDENT, v. FREDERIC BIGELOW, SUPERINTENDENT OF BUILDINGS OF THE CITY OF NEWARK, ET AL., APPELLANTS.

Submitted October 28, 1927—Decided February 6, 1928.

For the respondent, *Thomas Brunetto.*

For the appellants, *Jerome T. Congleton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.